IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-MJ-1377-WW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **MOTION FOR DISMISSAL** |
| | ) | |
| ZARQUROUS LESQUIS SANDERS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the United States Attorney for the Eastern District of North Carolina hereby dismisses the complaint against ZARQUROUS LESQUIS SANDERS without prejudice, as the defendant was prosecuted in another federal district for related conduct.

GEORGE E. B. HOLDING
United States Attorney

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360

Leave of Court is granted for the filing of the foregoing dismissal.

LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE

11-1-10
Date